UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| F. FREDERIC FOUAD,<br>    Plaintiff<br>  v.<br>THE MILTON HERSHEY SCHOOL AND<br>SCHOOL TRUST, ELLIOTT GREENLEAF, P.C.,<br>PETER GURT, RALPH CARFAGNO,<br>ROBERT HEIST, VELMA REDMOND,<br>DAVID SATLZMAN, JAMES W. BROWN,<br>M. DIANE KOKEN, JAMES M. MEAD,<br>MELISSA L. PEEPLES-FULLMORE,<br>JAN LOEFFLER BERGEN, ANDREW S. CLINE,<br>AND JARAD W. HANDELMAN,<br>    Defendants | Case No. 18-5764<br><br>(Removed from N.Y. Sup. Ct.,<br>Index No. 155743/2018) |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Elliott Greenleaf, P.C., a professional corporation organized under the laws of Pennsylvania, hereby states that no publicly-held corporation owns 10% or more of its stock.

Dated: June 21, 2018
    New York, NY

                Respectfully submitted,

                PRYOR CASHMAN, LLP

                By: /s/_____
                  Perry M. Amsellem
                  PRYOR CASHMAN LLP
                  7 Times Square
                  New York, NY 10036
                  (212) 421-4100

                *Attorneys for Defendant Elliott Greenleaf, P.C.*